**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00387-BNB

AMRITPAL SINGH,

    Plaintiff,

v.

DARLA NOWAK, and
ATTORNEY ROSS-SHANNON BRADLEY,

    Defendants

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on the "Motion for Not Able to Write English" that Plaintiff submitted on March 26, 2014 in response to the Court's February 12, 2014 order to cure and March 25, 2014 minute order granting an extension of time.  In the motion, Plaintiff states that he cannot write a complaint in English.  The Court, however, does not accept filings written in languages other than English and cannot allow Plaintiff to pursue his claims without a written complaint and § 1915 motion and affidavit.  Thus, Plaintiff must submit a written complaint and § 1915 motion and affidavit with the Court in English.  Plaintiff shall be allowed **thirty days from the date of the instant minute order** in which to cure in English the deficiencies listed in the February 12 order.  If Plaintiff fails to cure the deficiencies as directed within thirty days, the action will be dismissed without further notice and without prejudice.

Dated:  April 2, 2014